IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:17-CV-29-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER SEALING EXHIBIT A:** |
| | ) **DECLARATION IN SUPPORT OF** |
| $334,780.00 IN U. S. CURRENCY, | ) **COMPLAINT FOR FORFEITURE** |
| | ) **IN REM** |
| Defendant. | ) |

On the Motion of the plaintiff and for good cause shown, it is hereby ORDERED that Exhibit A - Declaration of Mike Scully, Task Force Officer of U. S. Drug Enforcement Administration, filed herein, be sealed until further order of this Court. However, with the exception that the Clerk of Court or the United States Attorney may provide copies to counsel for claimants upon request.

SO ORDERED.

This __18__ day of January, 2017.

_____
JAMES C. DEVER III
United States District Judge